**KAUFMAN DOLOWICH LLP**
Michael A. Marcelli, SBN 163929
11111 Santa Monica Blvd., Ste. 850
Los Angeles, CA 90025
Tel: (310) 291-1653
Fax: (310) 575-9720
Email:
michael.marcelli@kaufmandolowich.com

*Attorney for Defendants, G6 Hospitality Property, LLC and Motel 6 Operating, LP*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

Jane Doe,

vs.

G6 Hospitality Property, LLC; G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating LP; Wyndham Hotels & Resorts, Inc.; Wyndham Hotel Group, LLC; Days Inn Worldwide, Inc.; Hollywood Host Ventures, Inc; CJS Corporation; The Glendale Hotel, LLC; Hollywood La Brea Inn, LLC; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 8:26-CV-01197-ADS

**DEFENDANTS, G6 HOSPITALITY PROPERTY, LLC AND MOTEL 6 OPERATING, L.P.'S, ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Complaint Filed: May 14, 2026

**DEFENDANTS, G6 HOSPITALITY PROPERTY, LLC AND MOTEL 6 OPERATING, L.P.'S, ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, G6 Hospitality Property, LLC and Defendant Motel 6 Operating, L.P. ("Defendants"), by and through the undersigned counsel, files its Answer

and Affirmative Defenses to Plaintiff Jane Doe's ("Plaintiff") Complaint as follows:

**GENERAL RESPONSE TO GROUPED ALLEGATIONS**

Defendants state that Plaintiff's Complaint improperly groups multiple distinct defendants together, treats them as one and the same, and asserts allegations collectively against or "G6 Parent Hotel Defendants" without distinguishing the specific alleged conduct, knowledge, or involvement of each defendant to the allegations. Each of the G6 Parent Hotel Defendants, as defined by Plaintiff in Paragraph 8 of the Complaint, is a separate corporate entity performing different roles and having different responsibilities. Accordingly, to the extent the Complaint asserts allegations in a collective or undefined manner, the Defendants deny such allegations as phrased. No response herein should be considered as an admission of any allegation as to any other defendant.

**INTRODUCTION**

1. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 1 and therefore denies the same.

2. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 2 and therefore denies the same.

3. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 3 and therefore denies the same.

4. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 4 and therefore denies the same.

5. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 5 and therefore denies the same.

6. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 6 and therefore denies the same.

## PARTIES

7. The statements in this Paragraph 7 are not allegations that require a response. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations and therefore denies the same.

8. Defendant G6 Hospitality Property, LLC admits that it is a Delaware corporation and denies the remainder of the allegations in Paragraph 8(c). The allegations in Paragraph 8(a)(b)(d) and (e) are not directed toward these Defendants and therefore no response is required. Defendant Motel 6 Operating L.P. denies that it is a Delaware Corporation and denies the remainder of the allegations in Paragraph 8(c). To the extent that the allegations in Paragraph 8 are not expressly admitted, they are denied as to these answering Defendants only.

9. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 9 and therefore denies the same.

10. The allegations in this Paragraph 10 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 10 and therefore denies the same.

11. The allegations in this Paragraph 11 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 11 and therefore denies the same.

12. The allegations in this Paragraph 12 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 12 and therefore denies the same.

13. The statements in this Paragraph 13 are not allegations that require a response.

14. The allegations in this Paragraph 14 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 14 and therefore denies the same.

## JURISDICTION AND VENUE

15. Admitted for jurisdictional purposes only. Except as expressly admitted, Defendants deny the allegations as they pertain in any way to the Defendants.

16. Admitted for venue purposes only. Except as expressly admitted, Defendants deny the allegations as they pertain in any way to the Defendant.

17. Admitted as to these answering Defendants only.

## SEX TRAFFICKING UNDER FEDERAL LAW

18. The statements in this Paragraph 18 are not allegations that require a response. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations and therefore denies the same.

19. The statements in this Paragraph 19 are not allegations that require a response. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations and therefore denies the same.

20. Paragraph 20 consists of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants are unable to decipher which allegations in this Paragraph are directed toward these Defendants, and therefore deny the allegations in Paragraph 20.

21. Paragraph 21 consists of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants are unable to decipher which allegations in this Paragraph are directed toward them, and therefore deny the allegations in Paragraph 21.

**1. <u>The Hotel Industry Has Played a Significant Role in the Sex Trafficking Industry For Decades.</u>**

22. The allegations in this Paragraph 22 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 22 and therefore denies the same.

23. The allegations in this Paragraph 23 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 23 and therefore denies the same.

24. The allegations in this Paragraph 24 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 24 and therefore denies the same.

25. The allegations in this Paragraph 25 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 25 and therefore denies the same.

26. The allegations in this Paragraph 26 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 26 and therefore denies the same.

27. The allegations in this Paragraph 27 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 27 and therefore denies the same.

28. The allegations in this Paragraph 27 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 27 and therefore denies the same.

29. The allegations in this Paragraph 29 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 29 and therefore denies the same.

30. The allegations in this Paragraph 30 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 30 and therefore denies the same.

31. The allegations in this Paragraph 31 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 31 and therefore denies the same.

32. The allegations in this Paragraph 32 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 32 and therefore denies the same.

33. The allegations in this Paragraph 22 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 22 and therefore denies the same.

34. The allegations in this Paragraph 34 are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 34 and therefore denies the same.

35. The allegations in this Paragraph 35 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 35 and therefore deny the same.

36. The allegations in Paragraph 36 consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

37. The allegations in this Paragraph 37 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 37 and therefore deny the same.

38. The allegations in this Paragraph 38 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 38 and therefore denies the same.

39. The allegations in this Paragraph 39 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 39 and therefore denies the same.

40. The allegations in Paragraph 40 consist of factual conclusions and assumptions to which no response is required.

41. The allegations in Paragraph 41 consist of factual conclusions and assumptions to which no response is required.

42. The allegations in this Paragraph 42 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 42 and therefore denies the same.

43. The allegations in this Paragraph 43 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 43 and therefore denies the same.

44. The allegations in this Paragraph 44 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 44 and therefore denies the same.

45. The allegations in this Paragraph 45 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 45 and therefore denies the same.

46. The allegations in this Paragraph 46 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 46 and therefore denies the same.

**2. Defendants Participated in a Sex Trafficking Venture that Involved Abusing and Trafficking Plaintiff by Force and Coercing Plaintiff to Engage in Commercial Sex For Their Benefit.**

47. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 47 and therefore deny the same.

48. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 48 and therefore deny the same.

49. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 49 and therefore deny the same.

50. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 50 and therefore deny the same.

51. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 51 and therefore deny the same.

52. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 52 and therefore deny the same.

53. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 53 and therefore deny the same.

54. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 54 and therefore deny the same.

55. The allegations in this Paragraph 55 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 55 and therefore denies the same.

56. The allegations in this Paragraph 56 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 56 and therefore denies the same.

57. The allegations in this Paragraph 56 are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 57 and therefore denies the same.

58. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 58 and therefore deny the same.

59. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 59 and therefore deny the same.

60. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 60 and therefore deny the same.

61. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 61 and therefore deny the same.

**3. Motel 6 Defendants Knew About and Participated in the Sex Trafficking Venture of Plaintiff and Others at the Subject Motal 6 Location.**

62. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 61 and therefore deny the same.

63. Plaintiff has jumbled and obfuscated the allegations in this paragraph 63 so as to render it impossible to know which allegations apply to which defendant. The allegations also consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

64. Plaintiff has jumbled and obfuscated the allegations in this paragraph 64 so as to render it impossible to know which allegations apply to which individual defendant. The allegations also consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

65. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 65 and therefore deny the same.

66. The allegations in Paragraph 66 and all subparts consist of factual conclusions and assumptions to which no response is required. Except as

expressly admitted, Defendants deny the allegations and all subparts as they pertain in any way to the Defendants.

67. The allegations in Paragraph 66 and all subparts consist of factual conclusions and assumptions to which no response is required. Except as expressly admitted, Defendants deny the allegations and all subparts as they pertain in any way to the Defendants.

68. Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 61 and therefore deny the same.

69. Plaintiff has jumbled and obfuscated the allegations in this paragraph 69 so as to render it impossible to know which allegations apply to which individual defendant. The allegations also consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

70. Plaintiff has jumbled and obfuscated the allegations in this paragraph 70 so as to render it impossible to know which allegations apply to which individual defendant. The allegations also consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

71. These answering Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 61 and therefore deny the same.

72. Plaintiff has jumbled and obfuscated the allegations in this paragraph 72 so as to render it impossible to know which allegations apply to which individual defendant. The allegations also consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is

necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

73. Plaintiff has jumbled and obfuscated the allegations in this paragraph 73 so as to render it impossible to know which allegations apply to which individual defendant. The allegations also consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

74. These answering Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 74 and therefore deny the same.

75. These answering Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 75 and therefore deny the same.

76. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

77. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

78. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

79. The allegations in Paragraph 79 and all subparts consist of legal conclusions and argument to which no response is required. To the extent a response is required, it is impossible to decipher what actions are being alleged

against what entities as Plaintiff has improperly grouped together multiple defendants. Accordingly, Defendants deny the allegations in Paragraph 79 and all subparts as they pertain to these Defendants.

80. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

81. The allegations in Paragraph 81 consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, the article cited is a document which speaks for itself and Defendants deny any allegation inconsistent therewith. Except as expressly admitted, Defendants deny the allegations and as they pertain in any way to the Defendants.

82. The allegations in Paragraph 82 consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, the article cited is a document which speaks for itself and Defendants deny any allegation inconsistent therewith. Except as expressly admitted, Defendants deny the allegations and as they pertain in any way to the Defendants.

83. The allegations in Paragraph 83 consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, the articles cited are documents which speak for themselves and Defendants deny any allegation inconsistent therewith. Except as expressly admitted, Defendants deny the allegations and as they pertain in any way to the Defendants.

84. The allegations in Paragraph 84 consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, the article cited is a document which speaks for itself and Defendants

deny any allegation inconsistent therewith. Except as expressly admitted, Defendants deny the allegations and as they pertain in any way to the Defendants.

85. The allegations in Paragraph 85 consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, the article cited is a document which speaks for itself and Defendants deny any allegation inconsistent therewith. Except as expressly admitted, Defendants deny the allegations and as they pertain in any way to the Defendants.

86. The allegations in Paragraph 86 and all subparts consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, the articles cited are documents which speak for themselves and Defendant denies any allegation inconsistent therewith. Except as expressly admitted, Defendant denies the allegations and all subparts as they pertain in any way to the Defendant.

87. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

88. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

89. The allegations in Paragraph 89 and all subparts consist of factual conclusions and assumptions to which no response is required. To the extent a response is required, the articles cited are documents which speak for themselves and Defendant denies any allegation inconsistent therewith. Except as expressly admitted, Defendant denies the allegations and all subparts as they pertain in any way to the Defendant.

90. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

91. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

92. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

93. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

94. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

95. The allegations in Paragraph 95 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendant denies the allegations as they pertain in any way to this Defendant.

96. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

97. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

**4. Defendant Hollywood Host Ventures LLC (Motel 6 Defendant) and Staff Acted as Actual Agents of the G6 Parent Hotel Defendants**

98. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

99. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

100. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

101. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

**5. The G6 Parent Hotel Defendants and Motel 6 Defendant Knowingly from Participation in Sex Trafficking Venture with Each Other and Plaintiff's Trackers**

102. The allegations in Paragraph 102, consist of legal conclusions and argument to which no response is required. To the extent a response is required,

Defendants deny the allegations in Paragraph 102 as they pertain to this Defendant.

103. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

104. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

105. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

106. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

107. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

108. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

109. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

110. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

111. Defendants deny owning or operating the subject Motel 6 property. The remaining allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants..

112. Defendants deny Paragraph 112 in its entirety.

113. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

114. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

115. Defendants deny Paragraph 115 in its entirety.

**6. Wyndham Defendants Knew About and Participated in the Sex Trafficking Venture of Plaintiff and others at the Days Inn and Super 8 Locations.**

116. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

117. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

118. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

119. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

120. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

121. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

122. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

123. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

124. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

125. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

126. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

127. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

128. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

129. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

130. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

131. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

132. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

133. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

134. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

135. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

136. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

137. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

138. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

139. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

140. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

141. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

142. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

143. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

144. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

145. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

146. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

147. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

148. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

**7. Wyndham Exercised Control Over The Subject Days Inn and Super 8 Locations**

149. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

150. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

151. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

152. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

153. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

154. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

155. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

156. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

157. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

**8. The Super 8 Defendant and Days Inn Defendant and Respective Staff Acted as Actual Agents of the Wyndham Parent Hotal Defendants**

158. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

159. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

160. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

161. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

**9. <u>Wyndham Defendants Knowingly Benefited from Participation in a Sex trafficking Venture with Each Other and Plaintiff's Traffickers</u>**

162. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

163. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

164. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

165. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

166. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

167. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

168. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

169. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

170. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

171. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

172. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

173. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

174. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

175. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

**10. <u>La Brea Defendant Knew About, Participated in and Knowingly Benefited from the Sex Trafficking Venture of Plaintiff at the Hollywood La Brea Location.</u>**

176. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

177. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

178. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

179. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

180. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

181. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

182. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

183. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

184. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

185. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was

required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

186. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response was required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

**11. <u>Defendants Facilitated the Sex Trafficking of Plaintiff</u>**

187. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

188. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

189. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

190. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

191. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

192. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

193. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

194. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

195. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

196. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

## 12. <u>Defendants are Jointly and Severally for the Trafficking of Plaintiff</u>

197. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

198. The allegations in this Paragraph consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is

necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

**CAUSES OF ACTION AGAINST DEFENDANTS**

**Sex Trafficking Under 18 U.S.C. §1595**

**13. Cause of Action: Perpetrator Liability under 18 USC §1595(a) based on violation of 18 USC 1591(a) (Against All Defendants)**

199. The statements in this Paragraph are not allegations that require a response. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations and therefore denies the same.

200. Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

201. The allegations in Paragraph 121, including all subparts, consist of legal conclusions and argument to which no response is necessary. However, to the extent a response is necessary, Defendants deny the allegations as they pertain in any way to the Defendants.

202. The allegations in Paragraph 202 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

**14. Cause of Action: Beneficiary Liability under §1595(a) of the TVPRA (All Defendant)**

203. The statements in this Paragraph are not allegations that require a response. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations and therefore denies the same.

204. The allegations in Paragraph 204 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

205. The allegations in Paragraph 205 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

206. The allegations in Paragraph 206 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

207. The allegations in Paragraph 202 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

## 15. Cause of Action: Vicarious Liability for TRPRA Violations (Wyndham Parent Hotel Defendants and G6 Parent Hotel Defendants)

208. The statements in this Paragraph are not allegations that require a response. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations and therefore denies the same.

209. The allegations in Paragraph 209 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

210. The allegations in Paragraph 210 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

211. The allegations in Paragraph 211 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

212. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

213. The allegations in Paragraph 213 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

214. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

215. The allegations in Paragraph 215 consist of legal conclusions and argument to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

216. The allegations in this Paragraph are not directed toward these Defendants and therefore no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

217. The allegations in Paragraph 217 consist of jumbled legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants and therefore deny same.

## JOINT AND SEVERAL LIABILITY

218. The statements in this Paragraph are not allegations that require a response. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations and therefore denies the same.

219. The allegations in Paragraph 219 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

220. The allegations in Paragraph 220 consist of jumbled legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

221. The allegations in Paragraph 221 consist of jumbled legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

## DISCOVERY RULE

222. The allegations in Paragraph 222 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

223. The allegations in Paragraph 223 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

224. The allegations in Paragraph 224 consist of legal conclusions and arguments to which no response is required. Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

225. The allegations in Paragraph 225 consist of legal conclusions and arguments to which no response is required. Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

226. The allegations in Paragraph 226 consist of legal conclusions and arguments to which no response is required. Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

227. The allegations in Paragraph 227 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

228. The allegations in Paragraph 228 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

229. The allegations in Paragraph 221 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

## DAMAGES

230. The allegations in Paragraph 230 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

231. The allegations in Paragraph 231 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

232. The allegations in Paragraph 232 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

## PUNITIVE DAMAGES

233. The allegations in Paragraph 233 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants deny the allegations as they pertain in any way to the Defendants.

## ATTORNEY FEES

234. The allegations in Paragraph 234 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

235. The allegations in Paragraph 235 consist of legal conclusions and arguments to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge to admit or deny the allegations in this Paragraph and therefore deny same.

## JURY DEMAND

236. Defendant acknowledges that the Plaintiff demands a trial by jury in this matter.

## DEFENDANTS' DENIAL OF ALL ALLEGATIONS, REQUESTS FOR RELIEF, CAPTIONS, HEADINGS, OR NOTES

Defendants deny all allegations, requests for relief, captions, headings, or notes throughout Plaintiff's Complaint which are not specifically admitted by Defendants herein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### (Failure to State a Claim)

The Original Complaint fails to state a claim upon which relief can be granted. The Original Complaint fails to allege sufficient facts to plausibly state a claim for relief under the TVPRA, including facts establishing knowing participation in a trafficking venture, a knowing benefit from such venture, or actual or constructive knowledge of specific trafficking activity, as required under governing law. Moreover, the Original Complaint does not make specific allegations against each

entity comprised within the "G6 Defendants"/"Franchisor Defendants," which constitutes an improper shotgun pleading.

**<u>Second Affirmative Defense</u>**

**(Improper Party / No Ownership, Operation, or Control)**

The Defendant is not a proper party because it did not own, operate, or control the subject property. The hotel was owned and operated by an independent franchisee, and liability cannot be imposed absent control over the instrumentality of the alleged harm.

**<u>Third Affirmative Defense</u>**

**(No Agency / Independent Contractor)**

The Franchisee was an independent contractor. The Defendant did not control the day-to-day operations of the hotel sufficient to create an agency relationship or impose vicarious liability.

**<u>Fourth Affirmative Defense</u>**

**(No Participation in a Venture – TVPRA)**

Defendant did not "participate in a venture" within the meaning of 18 U.S.C. § 1595 because it did not take part in a common undertaking involving risk and profit tied to trafficking, nor did it engage in any conduct that assisted, supported, or facilitated trafficking activity. Furthermore, the statute does not provide recovery for negligent participation in a venture as alleged by the Plaintiff- that language is not included in or implied in the statute.

**<u>Fifth Affirmative Defense</u>**

**(No Knowing Benefit – TVPRA)**

Any benefit received by the Defendant was incidental to lawful business activity and not a "knowing benefit" from participation in a trafficking venture. Revenue from room rentals, without a nexus to trafficking activity, is insufficient as a matter of law.

**<u>Sixth Affirmative Defense</u>**

**(No Actual or Constructive Knowledge)**

The Defendant did not have actual knowledge, nor were there sufficient facts to establish constructive knowledge, that Plaintiff was subjected to trafficking. Generalized allegations regarding industry knowledge, "red flags," or prior incidents at unrelated locations are insufficient.

**<u>Seventh Affirmative Defense</u>**

**(Superseding / Intervening Acts)**

Plaintiff's alleged injuries were caused by independent acts of third parties, including traffickers and customers, which constitute superseding causes that break any chain of proximate causation. Plaintiff also visited other hotel brand properties and alleges injuries were incurred at other properties, for which Defendant is not liable.

**<u>Eighth Affirmative Defense</u>**

**(No Duty / No Special Relationship)**

The Defendant owed no duty to Plaintiff to prevent unforeseeable criminal acts of third parties, and no special relationship existed that would impose such a duty under applicable law.

**<u>Ninth Affirmative Defense</u>**

**(No Foreseeability)**

The alleged acts and injuries were not reasonably foreseeable to the Defendant, particularly in the absence of specific, credible notice of trafficking at the subject property.

**<u>Tenth Affirmative Defense</u>**

**(Comparative Fault / Fault of Third Parties)**

Any damages must be reduced or barred due to the conduct of third parties, including traffickers and other non-parties, under principles of comparative fault and proportionate responsibility.

**Eleventh Affirmative Defense**

**(Failure to Mitigate)**

Plaintiff failed to take reasonable steps to mitigate alleged damages.

**Twelfth Affirmative Defense**

**(Statute of Limitations)**

Plaintiff's claims are time-barred to the extent they fall outside applicable limitations periods or fail to satisfy tolling requirements under the TVPRA.

**Thirteenth Affirmative Defense**

**(Laches)**

Plaintiff's claims are barred by unreasonable delay and resulting prejudice.

**Fourteenth Affirmative Defense**

**(Compliance with Law / Reasonableness)**

The Defendant exercised reasonable care and complied with applicable legal requirements. The TVPRA does not impose strict liability.

**Fifteenth Affirmative Defense**

**(No Vicarious Liability / Outside Scope)**

Any alleged wrongful acts were outside the scope of any authority and were not directed, controlled, or ratified by the Defendant.

**Sixteenth Affirmative Defense**

**(Insufficient Pleading – Twombly/Iqbal)**

The Complaint relies on conclusory allegations and group pleading, failing to allege specific facts showing what each defendant knew, did, or benefited from.

**Seventeenth Affirmative Defense**

**(Statutory Limits of TVPRA)**

Plaintiff's claims exceed the scope of civil liability under § 1595 by attempting to impose liability without adequate allegations of participation, knowledge, and causation.

**Eighteenth Affirmative Defense**

**(Reservation of Rights)**

Defendant reserves the right to amend these affirmative defenses as this matter progresses.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff's Complaint be dismissed with prejudice;
2. That Plaintiff take nothing by her Complaint;
3. That judgment be rendered in Defendants' favor;
4. That Defendant be awarded all costs of suit incurred herein; and
5. That the Court award such other and further relief as it deems just and proper.

**DEMAND FOR JURY TRIAL**

Defendant, G6 Hospitality LLC, respectfully demand a trial by jury on all issues so triable.

Dated: July 31, 2026. Respectfully submitted,

**KAUFMAN DOLOWICH**

*/s/ Michael A. Marcelli*

Michael A. Marcelli, Esq.

***Counsel for Defendants, G6 Hospitality, LLC, G6 Hospitality IP, G6 Hospitality Property, LLC, G6 Hospitality Franchising, LLC, and Motel 6 Operating L.P.***

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answers and Affirmative Defenses to Plaintiff's Original Complaint has been filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Michael A. Marcelli*
Michael A. Marcelli, Esq.