**KAUFMAN DOLOWICH LLP**
Michael A. Marcelli, SBN 163929
11111 Santa Monica Blvd., Ste. 850
Los Angeles, CA 90025
Tel: (310) 291-1653
Fax: (310) 575-9720
Email:
michael.marcelli@kaufmandolowich.com

*Attorney for Defendants, G6 Hospitality IP, LLC and G6 Hospitality Purchasing, LLC's*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| Jane Doe,<br><br>vs.<br><br>G6 Hospitality Property, LLC; G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating LP; Wyndham Hotels & Resorts, Inc.; Wyndham Hotel Group, LLC; Days Inn Worldwide, Inc.; Hollywood Host Ventures, Inc; CJS Corporation; The Glendale Hotel, LLC; Hollywood La Brea Inn, LLC; and DOES 1 through 100, inclusive,<br>Defendants. | Case No.: 8:26-CV-01197-ADS<br><br>G6 HOSPITALITY,IP, LLC AND G6 HOSPITALITY PURCHASING, LLC'S CORPORATE DISCLOSURE<br><br>Complaint Filed: May 14, 2026 |

**DEFENDANTS, G6 HOSPITALITY IP, LLC AND G6 HOSPITALITY PURCHASING, LLC'S CORPORATE DISCLOSURE**

In accordance with Fed. R. Civ. P. 7.1, Defendant, G6 HOSPITALITY IP, LLC, and Defendant, G6 HOSPITALITY PURCHASING, LLC'S, (collectively, the "G6 Defendants"), make the following disclosures:

1. Defendant, G6 Hospitality IP, LLC, is a Limited Liability Company that is wholly owned by G6 Hospitality, LLC.
2. Defendant, G6 Hospitality Purchasing, LLC, is a Limited Liability Company that is wholly owned by G6 Hospitality, LLC.

Dated: July 31, 2026.

Respectfully submitted,

**KAUFMAN DOLOWICH**

*/s/ Michael A. Marcelli*
Michael A. Marcelli, Esq.

***Counsel for Defendants, G6 Hospitality, LLC, G6 Hospitality IP, G6 Hospitality Property, LLC, G6 Hospitality Franchising, LLC, and Motel 6 Operating L.P.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Corporate Disclosure has been filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Michael A. Marcelli*
Michael A. Marcelli, Esq.