UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br>v.<br>G6 HOSPITALITY PROPERTY LLC, et al.,<br>Defendants. | Case No. 8:26-01197 ADS<br><br>ORDER SETTING SCHEDULING CONFERENCE<br><br>**Date: September 23, 2026**<br>**Time: 10:00 A.M.**<br>**Courtroom: 6B** |

By consent of the parties pursuant to 28 U.S.C. § 636(c), this case has been assigned to Magistrate Judge Autumn D. Spaeth for all purposes. This case is set for a Scheduling Conference on the date and time set forth in the caption of this Order, pursuant to Federal Rule of Civil Procedure 16(b). This Order sets out instructions for the parties to follow in preparing for the Scheduling Conference. For further guidance, counsel should consult the Federal Rules of Civil Procedure, the Local Rules, and Judge Spaeth's procedures page. The most recent version of the Local Rules is available on the

Central District of California's website (www.cacd.uscourts.gov) under "Court Procedures."

## I. SERVICE OF COMPLAINT

If Plaintiffs have not already served the complaint (or any amendment thereto) on Defendants, Plaintiffs shall promptly do so and shall file proofs of service within three (3) days thereafter. Defendants also shall timely serve and file its responsive pleadings if they have not done so.

## II. DISCOVERY

The parties are reminded of their obligations under Federal Rule of Civil Procedure Rule 26(a)(1) to disclose information (without awaiting a discovery request). The Court encourages counsel to agree to begin to conduct discovery **before** the Scheduling Conference. The parties should comply fully with the letter and spirit of Rule 26(a) and obtain and produce most of what would otherwise be produced in the early stages of discovery. At the Scheduling Conference, the Court will impose deadlines for completion of discovery. Inability to complete discovery within the deadlines set at the Scheduling Conference will not constitute grounds for a continuance in the absence of good cause.

When possible, the Court expects the parties to resolve discovery problems among themselves in a courteous, reasonable, and professional manner. The Court expects that the parties will strictly adhere to the Civility and Professional Guidelines adopted by the United States District Court for the Central District of California. All discovery matters will be handled by the undersigned.

## III. JOINT RULE 26(f) REPORT

As provided in Federal Rule of Civil Procedure 26(f), the parties shall meet at

least 21 days before the scheduling conference and file a Joint 26(f) Report ("Report") **no later than 14 days before the date set for the scheduling conference.** The Report shall be drafted by Plaintiffs (unless the parties agree otherwise) but shall be submitted and signed jointly. "Jointly" contemplates a single report, regardless of how many separately represented parties there are.

Attached to this Order as Exhibit A are the Court's presumptive dates.[1] Parties wishing to deviate from this schedule must provide the Court with reasons for each suggested change.

The Report shall discuss the issues described below. Counsel are to ensure that their discussions of these issues fully address the topics identified by Federal Rule of Civil Procedure 26(f)(3)(A)–(F) and Local Rule 26-1(a)–(f).

A. Statement of the Case: a short synopsis (not to exceed two pages) of the main claims, counterclaims, and affirmative defenses.

B. Legal Issues: a brief description of the key legal issues, including any unusual substantive, procedural, or evidentiary issues.

C. Damages: the realistic range of provable damages.

D. Insurance: whether there is insurance coverage, the extent of coverage, and whether there is a reservation of rights.

E. Preliminary Motions: a statement of the likelihood of motions seeking to add other parties or claims (see Local Rule 26-1(e)), to file amended pleadings, to dismiss for lack of jurisdiction, or to transfer venue.

F. Complexity: a discussion regarding the complexity of the case, and whether all

---

[1] Exhibit A may be accessed on Judge Spaeth's procedures page at: http://www.cacd.uscourts.gov/honorable-autumn-d-spaeth.

or part of the procedures of the Manual for Complex Litigation should be utilized. See Local Rule 26-1(a).

G. Status of Discovery: a report regarding the current status of discovery, including whether initial disclosures have been made and a summary of any completed discovery.

H. Discovery Plan: a detailed discovery plan that discusses all the Federal Rule of Civil Procedure 26(f)(3)(A)-(F) topics, including topics related to initial discloses, the anticipated subjects of discovery, the time needed for discovery, issues related to electronically stored information ("ESI"), issues related to privileged materials, whether changes to limitations on discovery should be made, issues related to protective orders, and any other Rule 16(b) or 16(c) issues. The parties must propose a discovery cut-off date for the completion of fact discovery. **The discovery cut-off date is not the date by which discovery requests must be served; it is the date by which all discovery must be completed and all related motions filed.**

I. Expert Discovery: proposed dates for expert witness disclosures (initial and rebuttal) and expert discovery cut-off. See Fed. R. Civ. P. 26(a)(2); Local Rule 26-1(f). The expert discovery cut-off date is also the deadline for filing any discovery motions regarding expert discovery.

J. Substantive Motions: set forth a description of the issues or claims that any party believes may be determined by motion for summary judgment, partial summary judgment, or any other substantive motion. See Local Rule 26-1(b).

K. Settlement Efforts/Alternative Dispute Resolution ("ADR") Procedure Selection: a statement of what settlement discussions or written

communications have occurred (excluding any statement of the terms discussed) and a statement selecting one of the ADR Procedures specified in Local Rule 16-15.4 and indicating when the ADR session should occur. See General Order 11-10, § 5; Local Rule 26-1(c). No case will proceed to trial unless all parties, including the principals of all corporate parties, have appeared personally at a mediation or other ADR session.

L. Trial Estimate: a realistic estimate of the time required for trial and whether trial will be by jury or by court. Each side should specify (by number, not by name) how many witnesses it contemplates calling. If the time estimate for trial given in the Report exceeds four (4) court days, counsel shall be prepared to discuss in detail the estimate.

M. Trial Counsel: the name(s) of the attorney(s) who will try the case.

N. Independent Expert or Master: whether this is a case in which a master pursuant to Federal Rule of Civil Procedure 53 or an independent scientific expert should be appointed. The appointment of a master may be appropriate if there are likely to be substantial discovery disputes, numerous claims to be construed in connection with a summary judgment motion, a lengthy Daubert hearing, or resolution of a difficult computation of damages.

O. Other Issues: a statement of any other issues affecting the status or management of the case (e.g., unusually complicated technical or technological issues, disputes over protective orders, extraordinarily voluminous document production, non-English speaking witnesses, discovery in foreign jurisdictions, etc.) and any proposals concerning severance, bifurcation, or other ordering of proof at trial.

## IV. SCHEDULING CONFERENCE

This case is set for a scheduling conference under Federal Rule of Civil Procedure 16(b) on the date and time set forth in the caption of this Order, in the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California. Even if a settlement has been reached, counsel for all parties (or the party if appearing pro se), must appear at the scheduling conference unless a stipulation of dismissal signed by all parties has been lodged with the Court.

Unless excused for good cause shown in advance of the scheduling conference, **lead counsel** shall appear at the scheduling conference and at all pretrial hearings, fully informed concerning the facts of the case. If the Court determines that a Scheduling Order can be issued based on the Joint Rule 26(f) Report, discussed below, then the scheduling conference will be cancelled.

## V. NOTICE TO BE PROVIDED BY COUNSEL

Plaintiffs' counsel or, if Plaintiffs are appearing pro se, Defendants' counsel, shall provide this Order to any parties who first appear after the date of this Order and to parties who are known to exist but have not yet entered appearances.

## VI. DISCLOSURE TO CLIENTS

Counsel are ordered to deliver to their respective clients a copy of this Order and of the Court's Case Management and Scheduling Order, when it is issued, which will contain the schedule that the Court sets at the scheduling conference.

The Court thanks the parties and their counsel for their anticipated cooperation in complying with the requirements set forth in this Order.

IT IS SO ORDERED.

Dated: August 5, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

**EXHIBIT A**

**PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES**

| Matter[1] | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Deadline to file Motion to Join Parties | Approx. 30 days after entry of the Case Management and Scheduling Order absent good cause | | | |
| Deadline to Serve All Parties (including DOE or ROE Defendants) | Approx. 30 days after entry of the Case Management and Scheduling Order absent good cause | | | |
| Deadline to file Motion to Amend Pleadings | 40 | | | |
| Fact Discovery Cut-Off (including filing of related motions) | 21 | | | |
| Expert Disclosures | 19 | | | |
| Rebuttal Expert Disclosures | 16 | | | |
| Expert Discovery Cut-Off (including filing of related motions) | 14 | | | |
| Substantive Motions 10:00 a.m. (Weds.) | 13 | | | |
| Last Day to Conduct Settlement Proceedings | 12 | L.R. 16–14 Settlement Choice:<br>☐ No. 1 USMJ<br>☐ No. 2 Court Mediation Panel<br>☐ No. 3 Private ADR<br>Date: | L.R. 16–14 Settlement Choice:<br>☐ No. 1 USMJ<br>☐ No. 2 Court Mediation Panel<br>☐ No. 3 Private ADR<br>Date: | L.R. 16–14 Settlement Choice:<br>☐ No. 1 USMJ<br>☐ No. 2 Court Mediation Panel<br>☐ No. 3 Private ADR<br>Date: |
| Last Day to File Motions in Limine and Daubert Motions | 8 | | | |
| Final Pretrial Conference 2:00 p.m. (Weds.) | 2 | | | |
| Trial Date 9:00 a.m. (Tues.) | | ☐ Jury<br>☐ Bench<br>Est. length:<br>Date: ______ | ☐ Jury<br>☐ Bench<br>Est. length:<br>Date: ______ | ☐ Jury<br>☐ Bench<br>Est. length:<br>Date: ______ |

[1] The parties should seek additional deadlines relevant to the specific case type at issue by including them in their Joint 26(f) Report. For example, class action, ERISA, and patent cases may need to vary from the above.